AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT

**07/28/2025**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT

**07/28/2025**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ JD _____ DEPUTY

United States of America

v.

ALIREZA HAMEDANI,

Defendant.

Case No. 8:25-mj-00614-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 26, 2025, in the county of Orange in the Central District of California, the

defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 111(a)(1), (b) | Assault on Federal Officer Inflicting Bodily Injury |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*/s/Daniel Ha*
*Complainant's signature*

_____
Daniel Ha, HSI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    July 28, 2025
_____

_____
*Karen E. Scott*
*Judge's signature*

City and state:    Santa Ana, California
_____

Hon. Karen E. Scott,
U.S. Magistrate Judge
*Printed name and title*

AUSA:_Rosalind Wang x3547

**AFFIDAVIT**

I, Daniel Ha, being duly sworn, declare and state as follows:

## I.  INTRODUCTION

1.    I am a Special Agent ("SA") of the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), and have been so employed since September 2020.  I am currently assigned to the Orange County, California, field office.

2.    My responsibilities as an HSI Special Agent include the investigation of criminal violations, such as violations related to assault on federal officers.  I have also received training on and conducted and/or assisted in investigations involving the violation of laws pertaining to drug trafficking, bulk cash smuggling, money laundering, gangs, and human trafficking.  I am a graduate of the Criminal Investigator Training Program and the HSI Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia.  Prior to my employment with HSI, I was a special agent with the Internal Revenue Service Criminal Investigation.

## II. PURPOSE OF AFFIDAVIT

3.    This affidavit is made in support of an arrest warrant for Alireza HAMEDANI ("HAMEDANI"), as well as a criminal complaint charging HAMEDANI with assault on a federal officer inflicting bodily injury, in violation of 18 U.S.C. §§ 111(a)(1), (b).

1

4.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and any dates and times are on or about those dates and times.

### III.  <u>STATEMENT OF PROBABLE CAUSE</u>

5.    Unless otherwise noted, the following facts are based on my interviews with agents and officers with the Immigration Customs Enforcement (ICE) and the Federal Bureau of Investigations (FBI) who were at the scene of the events in question.

6.    On July 26, 2025, ICE and FBI agents were conducting a targeted enforcement operation to detain HAMEDANI for immigration violations in the city of Rancho Santa Margarita, California.  Based on United States Citizenship and Immigration Services records, HAMEDANI is a citizen of Iran and has no legal status in the United States.

7.    At approximately 9:00 a.m., agents in their vehicles were following HAMEDANI as he drove in the parking lot of a Walmart in Rancho Santa Margarita.  HSI SA Michael Rodriguez turned on the police emergency lights of his official government vehicle and drove past HAMEDANI's Hyundai Ioniq, positioning his

vehicle in front of HAMEDANI's.  HAMEDANI stopped his vehicle.
ICE Officer Ignacio Aceves activated the police emergency lights
of his official government vehicle and positioned his vehicle
directly behind HAMEDANI's vehicle.

8.    SA Rodriguez, wearing his HSI tactical vest with
"Police" markings, exited his vehicle and approached the
driver's side window of HAMEDANI's Hyundai.  SA Rodriguez
positively identified HAMEDANI as the driver and the sole
occupant of the car.  HAMEDANI did not roll down his window.

9.    Through the windshield and driver's side window, SA
Rodriguez verbally announced, "Police," and commanded HAMEDANI
to exit the vehicle multiple times.  HAMEDANI replied, "why"
and/or "what."  After HAMEDANI failed to comply, SA Rodriguez
retrieved his window-breaking tool.  SA Rodriguez showed the
window-breaking tool to HAMEDANI and said that he would break
the window if HAMEDANI did not come out of the vehicle.

10.    HAMEDANI suddenly turned the vehicle a hard left into
SA Rodriguez and accelerated.  His vehicle pushed SA Rodriguez's
left hand back, injuring SA Rodriguez's left arm.  HAMEDANI then
sped away and left the location.  His whereabouts are currently
unknown.

11.    Following the incident, SA Rodriguez was examined at
Providence Mission Hospital, and imaging tests were conducted on
his left arm.  SA Rodriguez was diagnosed with a left elbow
sprain.

12.    For all the reasons described above, I believe there
is probable cause to believe that HAMEDANI has committed assault

on a federal officer inflicting bodily injury, in violation of

18 U.S.C. §§ 111(a)(1), (b).


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 28th  day of July
2025.

*Karen E. Scott*

UNITED STATES MAGISTRATE JUDGE

4